| | |
|---|---|
| 1 | Steven D. Blackburn, State Bar No. 154797 |
| | Joseph D. Miller, State Bar No. 109032 |
| 2 | EPSTEIN BECKER & GREEN, P.C. |
| | One California Street, 26th Floor |
| 3 | San Francisco, California 94111-5427 |
| | Telephone: 415.398.3500 |
| 4 | Facsimile: 415.398.0955 |
| | sblackburn@ebglaw.com |
| 5 | jmiller@ebglaw.com |
| 6 | Attorneys for Defendant, |
| | KSL CLAREMONT RESORT, INC. |
| 7 | |
| | Paul L. Rein, State Bar No. 43053 |
| 8 | LAW OFFICES OF PAUL L. REIN |
| | 200 Lakeside Drive, Suite A |
| 9 | Oakland, California 94612 |
| | Telephone: 510.832.5001 |
| 10 | Facsimile: 510.832.4787 |
| 11 | Attorneys for Plaintiff |
| | JEAN RIKER |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEAN RIKER, | | CASE NO. C09-00764 EMC |
| | Plaintiff, | **STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT** ; ORDER |
| v. | | |
| KSL CLAREMONT RESORT, INC., dba CLAREMONT RESORT AND SPA; AND DOES 1-10, INCLUSIVE, | | |
| | Defendant. | |

IT IS HEREBY STIPULATED between the parties, through their respective counsel herein that Defendant's time to respond to Plaintiff's complaint is extended to April 15, 2009.

---

SF:574023v1     STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. C09-00764 EMC

DATED: April _6_, 2009    EPSTEIN BECKER & GREEN, P.C.


By: _/S/ Steven R. Blackburn_
    Steven R. Blackburn
    Joseph D. Miller

Attorneys for Defendant
KSL Claremont Resort, Inc., et al.


DATED: April _ __, 2009    LAW OFFICES OF PAUL L. REIN


By: _____
    Paul L. Rein

Attorneys for Plaintiff
Jean Riker

---

SF:574023v1

- 2 -

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
CASE NO. C09-00764 EMC

DATED: April ____, 2009        EPSTEIN BECKER & GREEN, P.C.

By: _____
Steven R. Blackburn
Joseph D. Miller

Attorneys for Defendant
KSL Claremont Resort, Inc., et al.

DATED: April 3, 2009           LAW OFFICES OF PAUL L. REIN

By: _____
Paul L. Rein

Attorneys for Plaintiff
Jean Riker

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]*

- 2 -

SF:574023v1                    STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
                               CASE NO. C09-00764 EMC