PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:  510/832-5001
Facsimile:   510/832-4787

Attorneys for Plaintiff
JEAN RIKER


STEVEN R. BLACKBURN, ESQ.
ANDREW J. SOMMER, ESQ.
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, CA 94111-5427
Telephone:  415/398-3500
Facsimile:   415/398-0955

Attorneys for Defendant
MSR CLAREMONT RESORT LP dba
CLAREMONT RESORT & SPA
incorrectly sued as KSL CLAREMONT
RESORT, INC. dba CLAREMONT
RESORT AND SPA

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER,<br><br>        Plaintiff,<br><br>v.<br><br><br>KSL CLAREMONT RESORT, INC. dba CLAREMONT RESORT AND SPA; AND DOES 1-10, Inclusive,<br><br>        Defendants.<br>_____/ | CASE No. C09-0764 EMC<br>RELATED CASE NO.<br>C09-3681 EMC<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

### STIPULATION

The parties to the above captioned litigation hereby stipulate by and through their undersigned counsel of record to the following:

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND PROPOSED ORDER TO
CONTINUE PLAINTIFF'S MOTION FOR LEAVE
TO FILE 1ST AMENDED COMPLAINT
CASE C09-0764 EMC                                  -1-                    S:\CASES\C\CLAREMONT\PLEADINGS\STIP TO CONTINUE MOTION TO FILE FAC.PL.wpd

1  Plaintiff JEAN RIKER filed a Motion for Leave to File First
2  Amended Complaint in the above-captioned matter (the "Motion") that is
3  presently scheduled to be heard on March 24, 2010 at 3:00 p.m.
4  The parties are in the process of exchanging information and
5  negotiating a stipulation that may resolve the issues addressed in Plaintiff's
6  Motion.
7  Therefore, the parties hereby request that the Court continue the
8  March 24, 2010, 3:00 p.m. hearing date and time for Plaintiff's Motion to April
9  21, 2010 at 10:30 a.m. Defendant's opposition to Plaintiff's Motion will be due
10 on March 31, 2010, Plaintiff's reply will be due on April 7, 2010.
11 IT IS SO STIPULATED.

13 Dated: March 3, 2010                LAW OFFICES OF PAUL L. REIN

16                                     ___/s/ Catherine M. Cabalo_____
                                       By: Catherine M. Cabalo, Esq.
                                       Attorneys for Plaintiff
17                                     JEAN RIKER

19 Dated: March 3, 2010                EPSTEIN BECKER & GREEN, P.C.

21                                     ___/s/ Andrew J. Sommer_____
                                       By: Andrew J. Sommer, Esq.
22                                     Attorneys for Defendant MSR
                                       CLAREMONT RESORT LP dba
23                                     CLAREMONT RESORT & SPA
                                       incorrectly sued as KSL CLAREMONT,
24                                     INC. dba CLAREMONT RESORT AND
                                       SPA
25
   //
26
   //
27
   //
28

LAW OFFICES OF PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND PROPOSED ORDER TO
CONTINUE PLAINTIFF'S MOTION FOR LEAVE
TO FILE 1ST AMENDED COMPLAINT
CASE C09-0764 EMC                -2-        S:\CASES\C\CLAREMONT\PLEADINGS\STIP TO CONTINUE MOTION TO FILE FAC.PL.wpd

# ORDER

Pursuant to the Stipulation of the Parties it is hereby ordered that the hearing on Plaintiff's Motion for Leave to File First Amended Complaint in this matter be continued to April 21, 2010 at 10:30 a.m.

IT IS SO ORDERED.

Dated: ___3/5___, 2010



EDWARD M. CHEN
United States Magistrate Judge

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND PROPOSED ORDER TO
CONTINUE PLAINTIFF'S MOTION FOR LEAVE
TO FILE 1ST AMENDED COMPLAINT
CASE C09-0764 EMC      -3-      S:\CASES\C\CLAREMONT\PLEADINGS\STIP TO CONTINUE MOTION TO FILE FAC.PL.wpd