```
Steven R. Blackburn, State Bar No. 154797
Andrew J. Sommer, State Bar No. 192844
EPSTEIN BECKER & GREEN, P.C.
One California Street, 26th Floor
San Francisco, California 94111-5427
Telephone: 415.398.3500
Facsimile: 415.398.0955
sblackburn@ebglaw.com
asommer@ebglaw.com

Attorneys for Defendants,
MSR CLAREMONT RESORT LP AND PYRAMID
ACQUISITION II MANAGEMENT LP
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER, <br><br> Plaintiff, <br><br> v. <br><br> KSL CLAREMONT RESORT, INC., et al., <br><br> Defendants. | CASE NO. C09-0764 EMC <br><br> CASE NO. C09-3681 EMC <br><br> (Related case) <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Hearing Date:  June 23, 2010 <br> Hearing Time:  2:30 p.m. <br> Courtroom:      C, 15th Floor <br> (Hon. Edward M. Chen) |
| ANNA ALLEN, <br><br> Plaintiff, <br><br> v. <br><br> MSR CLAREMONT RESORT LP, et al., <br><br> Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiffs, JEAN RIKER and ANNA ALLEN ("Plaintiffs"), and Defendants, MSR CLAREMONT RESORT LP and PYRAMID ACQUISITION II MANAGEMENT LP ("Defendants"), through their respective attorneys of record herein, as follows:

1.  Currently, the case management conference in these access cases is set for June 23, 2010.

1     2. The parties participated in court mediation on June 9, 2010.  The parties have made considerable progress in resolving injunctive relief and anticipate scheduling a follow-up mediation session in September 2010.  Pursuant to General Order 56, the parties respectfully request that the case management conference be continued to October 2010, after the completion of mediation.

DATED:  June 16, 2010                     EPSTEIN BECKER & GREEN, P.C.

                                               By:  /s/ *Andrew J. Sommer*
                                                       Steven R. Blackburn
                                                       Andrew J. Sommer
                                                       Attorneys for Defendant
                                                       MSR CLAREMONT RESORT LP

DATED:  June 16, 2010                     LAW OFFICES OF PAUL L. REIN

                                             By:  /s/ *Celia McGuiness*
                                                   Paul L. Rein
                                                   Celia McGuinness
                                                   Catherine Caballo
                                                   Attorneys for Plaintiffs
                                                   JEAN RIKER AND ANNA ALLEN

DATED:  June 16, 2010                     MOSLEY & GEARINGER LLP

                                             By:  /s/ *Brian Gearinger*
                                                   Brian Gearinger
                                                   Attorneys for Plaintiff
                                                   ANNA ALLEN

## **ORDER**

Pursuant to the Stipulation above, the case management conference in this case is continued from June 23, 2010 to October 13, 2010.  at 1:30 p.m.

Dated:  6/17/10

                                                   Honorable Edward M. Chen
                                                   UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen