1  Steven R. Blackburn, State Bar No. 154797
   Andrew J. Sommer, State Bar No. 192844
2  EPSTEIN BECKER & GREEN, P.C.
   One California Street, 26th Floor
3  San Francisco, California 94111-5427
   Telephone: 415.398.3500
4  Facsimile: 415.398.0955
   sblackburn@ebglaw.com
5  asommer@ebglaw.com

6  Attorneys for Defendants,
   MSR CLAREMONT RESORT LP AND PYRAMID
7  ACQUISITION II MANAGEMENT LP

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  JEAN RIKER, | CASE NO. C09-0764 EMC |
| 13        Plaintiff, | CASE NO. C09-3681 EMC |
| 14    v. | (Related case) |
| 15  KSL CLAREMONT RESORT, INC., et al., | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| 16        Defendants. | |
| 17  _____ | CMC Date: October 13, 2010 |
| 18  ANNA ALLEN, | Time: 1:00 p.m. Courtroom: C, 15th Floor (Hon. Edward M. Chen) |
| 19        Plaintiff, | |
| 20    v. | |
| 21  MSR CLAREMONT RESORT LP, et al., | |
| 22        Defendants. | |

23       IT IS HEREBY STIPULATED by and between Plaintiffs, JEAN RIKER and ANNA

24  ALLEN ("Plaintiffs"), and Defendants, MSR CLAREMONT RESORT LP and PYRAMID

25  ACQUISITION II MANAGEMENT LP ("Defendants"), through their respective attorneys of

26  record herein, as follows:

27       1.    Currently, the case management conference in these access cases is set for

28  October 13, 2010.

2. The parties participated in a second session of court mediation on September 30, 2010. The parties have made considerable progress in resolving injunctive relief and have scheduled a follow-up mediation session for November 16, 2010. Pursuant to General Order 56, the parties respectfully request that the case management conference be continued to December 2010, after the completion of mediation.

DATED: October 6, 2010      EPSTEIN BECKER & GREEN, P.C.

By:  /s/ *Andrew J. Sommer*
Steven R. Blackburn
Andrew J. Sommer
Attorneys for Defendant
MSR CLAREMONT RESORT LP

DATED: October 6, 2010      LAW OFFICES OF PAUL L. REIN

By:  /s/ *Celia McGuiness*
Paul L. Rein
Celia McGuinness
Catherine Caballo
Attorneys for Plaintiffs
JEAN RIKER AND ANNA ALLEN

DATED: October 6, 2010      MOSLEY & GEARINGER LLP

By:  /s/ *Brian Gearinger*
Brian Gearinger
Attorneys for Plaintiff
ANNA ALLEN

**ORDER**

Pursuant to the Stipulation above, the case management conference in this case is continued from October 13, 2010 to December 8, 2010.

Dated: 10/07/10

Honorable Edward M. Chen
UNITED STATES MAGISTRATE JUDGE

- 2 -