1  Steven R. Blackburn, State Bar No. 154797
   Andrew J. Sommer, State Bar No. 192844
2  EPSTEIN BECKER & GREEN, P.C.
   One California Street, 26th Floor
3  San Francisco, California 94111-5427
   Telephone: 415.398.3500
4  Facsimile: 415.398.0955
   sblackburn@ebglaw.com
5  asommer@ebglaw.com

6  Attorneys for Defendants,
   MSR CLAREMONT RESORT LP AND PYRAMID
7  ACQUISITION II MANAGEMENT LP

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  JEAN RIKER, | CASE NO.  C09-0764 EMC |
| 13        Plaintiff, | CASE NO.  C09-3681 EMC |
| 14    v. | (Related case) |
| 15  KSL CLAREMONT RESORT, INC., et al., | **STIPULATION AND [PROPOSED] ORDER REFERRING CASE TO FURTHER MEDIATION** |
| 16        Defendants. | |
| 17   | Courtroom: C, 15th Floor (Hon. Edward M. Chen) |
| 18  ANNA ALLEN, | |
| 19        Plaintiff, | |
| 20    v. | |
| 21  MSR CLAREMONT RESORT LP, et al., | |
| 22        Defendants. | |

23       IT IS HEREBY STIPULATED by and between Plaintiffs, JEAN RIKER and ANNA

24  ALLEN ("Plaintiffs"), and Defendants, MSR CLAREMONT RESORT LP and PYRAMID

25  ACQUISITION II MANAGEMENT LP ("Defendants"), through their respective attorneys of

26  record herein, as follows:

27       1.   The parties participated in a third session of court mediation on November 16,

28  2010.

2. The parties resolved all issues of injunctive relief by consent decree on or about November 23, 2010. The Court entered the consent decree Order on December 15, 2010.

3. In an effort to resolve the remaining issues in dispute, the parties hereby agree to refer these matters for further mediation, which is currently scheduled for March 31, 2011 with Daniel Bowling, ADR Program Staff Attorney, U.S. District Court for the Northern District of California.

DATED:  March 15, 2011            EPSTEIN BECKER & GREEN, P.C.

                                  By:   /s/ *Andrew J. Sommer*
                                        Steven R. Blackburn
                                        Andrew J. Sommer
                                  Attorneys for Defendant
                                  MSR CLAREMONT RESORT LP


DATED:  March 15, 2011            LAW OFFICES OF PAUL L. REIN

                                  By:   /s/ *Celia McGuinness*
                                        Paul L. Rein
                                        Celia McGuinness
                                        Catherine Caballo
                                  Attorneys for Plaintiffs
                                  JEAN RIKER AND ANNA ALLEN

DATED:  March 15, 2011            MOSLEY & GEARINGER LLP

                                  By:   /s/ *Brian Gearinger*
                                        Brian Gearinger
                                  Attorneys for Plaintiff
                                  ANNA ALLEN

**ORDER**

Pursuant to the Stipulation above, these cases are ordered for further mediation on March 31, 2011.

Dated:    3/16/11

                                  _____
                                  Honorable Edward M. Chen
                                  UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED — Judge Edward M. Chen*