| | |
|---|---|
| Paul L. Rein, State Bar No. 43053<br>LAW OFFICES OF PAUL L. REIN<br>200 Lakeside Drive, Suite A<br>Oakland, California 94612<br>Telephone: 510.832.5001<br>Facsimile: 510.832.4787<br>reinlawoffice@aol.com | Brian Gearinger, State Bar No. 146125<br>GEARINGER LAW GROUP<br>825 Van Ness Avenue, 4th Floor<br>San Francisco, CA 94109-7891<br>Tel:  (415) 440-3175<br>Fax: (415) 440-3103<br>brian@gearingerlaw.com |
| Attorneys for Plaintiffs,<br>JEAN RIKER and ANNA ALLEN | Attorneys for Plaintiff,<br>ANNA ALLEN |
| Steven D. Blackburn, State Bar No. 154797<br>Andrew J. Sommer, State Bar No. 192844<br>EPSTEIN BECKER & GREEN, P.C.<br>One California Street, 26th Floor<br>San Francisco, California 94111-5427<br>Telephone: 415.398.3500<br>Facsimile: 415.398.0955<br>sblackburn@ebglaw.com<br>asommer@ebglaw.com | Mark F. Hazelwood, State Bar No. 136521<br>LOW, BALL & LYNCH<br>505 Montgomery Street, 7th Floor<br>San Francisco, CA 94111-2584<br>Telephone: (415) 981-6630<br>Fax: (415) 982-1634<br>MHazelwood@LOWBALL.COM |
| Attorneys for Defendant,<br>PYRAMID ACQUISITION II<br>MANAGEMENT LP | Attorneys for Defendant,<br>PYRAMID ACQUISITION II<br>MANAGEMENT LP (as to the Anna Allen case only) |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER,<br><br>        Plaintiff,<br><br>  v.<br><br>KSL CLAREMONT RESORT, INC., et al.,<br><br>        Defendants. | CASE NO.  C09-0764 EMC<br>CASE NO.  C09-3681 EMC<br>(Related case)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Trial:  February 6, 2012<br>(Hon. Edward M. Chen) |
| ANNA ALLEN,<br><br>        Plaintiff,<br><br>  v.<br><br>MSR CLAREMONT RESORT LP, et al.,<br><br>        Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiffs, JEAN RIKER and ANNA ALLEN ("Plaintiffs"), and Defendant, PYRAMID ACQUISITION II MANAGEMENT LP ("Defendants"), through their respective attorneys of record herein, as follows:

1. Defendants have agreed to make modifications to the subject premises to bring it into compliance with disability access guidelines, pursuant to the Consent Decree and Order entered by the Court on December 14, 2010.

2. Recently, the parties have reached a settlement of the remaining monetary claims at issue in these related cases. The settlement is subject to the approval of the bankruptcy court administering the proceedings involving debtor MSR CLAREMONT under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of New York, under lead case no. 11-10372 (SHL). Debtor will submit an application to the bankruptcy court to obtain such approval, which is expected to be heard on June 28, 2011.

3. A case management conference is set for June 8, 2011. In light of this settlement, the parties request that the case management conference be continued 60 days.

DATED: June 6, 2011                LAW OFFICES OF PAUL L. REIN

                                   By:  /s/ *Celia McGuinness*
                                        Paul L. Rein
                                        Celia McGuinness
                                   Attorneys for Plaintiffs,
                                   JEAN RIKER AND ANNA ALLEN

DATED: June 6, 2011                MOSLEY & GEARINGER LLP

                                   By:  /s/ *Brian Gearinger*
                                        Brian Gearinger
                                   Attorney for Plaintiff,
                                   ANNA ALLEN

DATED: June 6, 2011                LOW, BALL & LYNCH

                                   By  /s/ *Mark F. Hazelwood*
                                       Mark F. Hazelwood
                                   Attorney for Defendant,
                                   PYRAMID ACQUISITION II
                                   MANAGEMENT LP (as to the Anna Allen
                                   case only)

DATED: June 6, 2011                EPSTEIN BECKER & GREEN, P.C.

                                   By:  /s/ *Andrew J. Sommer*
                                        Steven R. Blackburn
                                        Andrew J. Sommer
                                   Attorneys for Defendant,
                                   PYRAMID ACQUISITION II
                                   MANAGEMENT LP

## **ORDER**

Pursuant to the Stipulation above, the June 8, 2011 Case Management Conference in these cases is hereby continued to ~~August __, 2011~~.  September 2, 2011 at 10:30 a.m. in Courtroom 5 17th Floor.  An updated joint CMC statement shall be filed by August 26, 2011.

Dated: ____6/7/11____          _____
                               Honorable Edward M. Chen
                               UNITED STATES MAGISTRATE JUDGE

                               IT IS SO ORDERED
                               Judge Edward M. Chen

---

FIRM:16122235v1                     STIPULATION AND [PROPOSED] ORDER
                                    CONTINUING CASE MANAGEMENT CONFERENCE
                                    CASE NOS. C09-00764 EMC AND C09-3681 EMC