1   Paul L. Rein, State Bar No. 43053           Brian Gearinger, State Bar No. 146125
    Celia McGuinness, State Bar No. 159420       GEARINGER LAW GROUP
2   LAW OFFICES OF PAUL L. REIN                 825 Van Ness Avenue, 4th Floor
    200 Lakeside Drive, Suite A                 San Francisco, CA 94109-7891
3   Oakland, California 94612                   Tel:  (415) 440-3175
    Telephone: 510.832.5001                     Fax: (415) 440-3103
4   Facsimile: 510.832.4787                     brian@gearingerlaw.com
    reinlawoffice@aol.com
5                                               Attorneys for Plaintiff,
    Attorneys for Plaintiffs,                   ANNA ALLEN
6   JEAN RIKER and ANNA ALLEN

7   Steven D. Blackburn, State Bar No. 154797   Mark F. Hazelwood, State Bar No. 136521
    Andrew J. Sommer, State Bar No. 192844      LOW, BALL & LYNCH
8   EPSTEIN BECKER & GREEN, P.C.                505 Montgomery Street, 7th Floor
    One California Street, 26th Floor           San Francisco, CA 94111-2584
9   San Francisco, California 94111-5427        Telephone: (415) 981-6630
    Telephone: 415.398.3500                     Fax: (415) 982-1634
10  Facsimile: 415.398.0955                     MHazelwood@LOWBALL.COM
    sblackburn@ebglaw.com
11  asommer@ebglaw.com                          Attorneys for Defendant,
                                                PYRAMID ACQUISITION II
12  Attorneys for Defendant,                    MANAGEMENT LP (as to the Anna Allen
    MSR CLAREMONT RESORT LP and                 case only)
13  PYRAMID ACQUISITION II
    MANAGEMENT LP

14

15                      **UNITED STATES DISTRICT COURT**

16                     **NORTHERN DISTRICT OF CALIFORNIA**

17  JEAN RIKER,                                 CASE NO.  C09-0764 EMC
                                                CASE NO.  C09-3681 EMC
18              Plaintiff,                       (Related case)

19      v.                                      **STIPULATION AND [PROPOSED]**
                                                **ORDER FOR DISMISSAL OF CLAIMS**
20  KSL CLAREMONT RESORT, INC., et al.,         **WITH PREJUDICE**

21              Defendants.                      Trial:  February 6, 2012
                                                (Hon. Edward M. Chen)
22

23  _____

    ANNA ALLEN,
24
                Plaintiff,
25
        v.
26
    MSR CLAREMONT RESORT LP, et al.,
27

28

_____

1 | Defendants.

2

IT IS HEREBY STIPULATED by and between Plaintiffs, JEAN RIKER and ANNA

3 ALLEN (Plaintiffs"), and Defendants, MSR CLAREMONT RESORT LP and PYRAMID

4 ACQUISITION II MANAGEMENT LP ("Defendants"), through their respective attorneys of

5 record herein, as follows:

6
    1.    Plaintiffs' complaints in the above-entitled actions shall be dismissed with
7
          prejudice against all defendants;
8
    2.    The Court will retain jurisdiction to enforce the consent Decree previously
9
          entered as an Order by the Court; and
10
    3.    All parties shall bear their own costs and fees for the action.
11
DATED:  July 29, 2011                    LAW OFFICES OF PAUL L. REIN
12

13
                                         By:   /s/ Celia McGuinness
14                                             Paul L. Rein
                                               Celia McGuinness
15                                       Attorneys for Plaintiffs,
                                         JEAN RIKER AND ANNA ALLEN
16
DATED:  July 29, 2011                    MOSLEY & GEARINGER LLP
17

18                                       By:   /s/ Brian Gearinger
                                               Brian Gearinger
19                                       Attorney for Plaintiff,
                                         ANNA ALLEN
20

21

22

23

24

25

26

27

28

DATED:  July 29, 2011                    LOW, BALL & LYNCH


                                         By    /s/ *Mark F. Hazelwood*
                                                Mark F. Hazelwood
                                         Attorney for Defendant,
                                         PYRAMID ACQUISITION II
                                         MANAGEMENT LP (as to the Anna Allen
                                         case only)

DATED:  July 29, 2011                    EPSTEIN BECKER & GREEN, P.C.


                                         By:   /s/ *Andrew J. Sommer*
                                                Steven R. Blackburn
                                                Andrew J. Sommer
                                         Attorneys for Defendants,
                                         MSR CLAREMONT RESORT LP and
                                         PYRAMID ACQUISITION II
                                         MANAGEMENT LP

### **ORDER**

Having reviewed the above Stipulation for Dismissal of Claims with Prejudice, IT IS

HEREBY ORDERED THAT:

1.  Plaintiffs' Complaints in the above-entitled actions shall be dismissed with prejudice
    as against all defendants;

2.  The Court will retain jurisdiction to enforce the Consent Decree previously entered as
    an Order by the Court;

3.  The parties shall bear their own costs and fees in the action.


Dated: _____8/10/11_____          _____
                                         Honorable Edward M. Chen
                                         UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*

Judge Edward M. Chen